AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

FILED

United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

| In the Matter of the Search of | ) | |
| --- | --- | --- |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No.    MR 22-1026 |
| 6901 Georgetown Avenue NW, Albuquerque, New Mexico 87120 | ) ) ) | |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ New Mexico _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A (incorporated by reference).

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated by reference).

**YOU ARE COMMANDED** to execute this warrant on or before _____ July 18, 2022 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Steven C. Yarbrough _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Sworn telephonically
and signed electronically: _____ 07/05/2022 3:35 pm _____

*Steve Yarbrough*

*Judge's signature*

City and state:      Albuquerque, New Mexico

Steven C. Yarbrough, United States Magistrate Judge
*Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| **Case No.:** MR 22-1026 | **Date and time warrant executed:** 07/06/2022 11:30am | **Copy of warrant and inventory left with:** Anita Blythe |
| **Inventory made in the presence of :** Peter Ulotelohde, Special Agent FBI | | |
| **Inventory of the property taken and name of any person(s) seized:** | | |

• 43 rounds of .40 caliber ammunition.
• 1 round of 9mm ammunition.

Nothing Follows

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 07/06/2022

_____
*Executing officer's signature*

Michael Cordova, Special Agent FBI
*Printed name and title*

## ATTACHMENT A

### PLACE TO BE SEARCHED:

6901 Georgetown Avenue NW
Albuquerque, New Mexico 87120



## ATTACHMENT B

## ITEMS TO BE SEIZED:

**Particular Property to Be Seized:** The following material, which constitutes evidence of the commission of a criminal offense, namely a violation of 18 U.S.C. § 2113, that being Bank Robbery:

1. Any Bank of the West property to include United States currency and money bands.

2. Electronic devices, to include cellular phones.

3. Documents, including paper, notepads, or notecards, associated with planning or execution of any bank robbery.

4. Any clothing consistent with the style and type worn by the including but not limited to dark-colored skull cap, white tank-top shirt, tan-colored pants, and a green-colored bag.

5. Maps or items depicting the locations of driving and escape routes in relationship to the bank robberies.

6. Photographs of any bank branches.

7. Any writing or written recordings or communications regarding the bank robbery, planning for that bank robberies, and or the use, disposition, and or concealment of the proceeds from the bank robbery.

8. Records, receipts, bank statements and records, money drafts, letters of credit, money orders and cashier's checks received, passbooks, bank checks, safe deposit box keys, vault keys, safes and other items evidencing the obtaining, secreting and/or concealment, and or expenditures of money.

9. Any information regarding Randall Becker's whereabouts on June 17, 2022, between 11 a.m. and 2 p.m.